**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LONNIE D. FRANKS
ADC #108366                                                                                           **PLAINTIFF**

v.                                        NO: 5:07CV00225 WRW

LARRY NORRIS *et al.*                                                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice. The Court certifies that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 7th day of January, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE